## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| JAMES W. SCHOTTEL, JR., ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:05-CV-231 ERW |
| ) | |
| TRUMP PRODUCTIONS LLC and ) | |
| MARK BURNETT PRODUCTIONS, INC., ) | |
| ) | |
|     Defendants. ) | |

### PLAINTIFF'S DISMISSAL OF CASE WITH PREJUDICE

COMES NOW Plaintiff James W. Schottel, Jr. ("Plaintiff"), by and through James W. Schottel Jr. and Schottel & Associates, P.C., and hereby dismisses the above-captioned action, with prejudice, the entire subject matter thereof having been fully compromised and settled.

                                  Respectfully submitted,

                                  SCHOTTEL & ASSOCIATES, P.C.

                                BY: /s/ *James W. Schottel, Jr.*
                                    James W. Schottel, Jr. #94480
                                    400 North 4th St., Suite 701
                                    St. Louis, Missouri 63102
                                    (314) 421-0350
                                    (314) 421-4060 facsimile

                                    Pro se Plaintiff
                                    James W. Schottel, Jr.